UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

MIKE A. MACEIRA,
    Plaintiff,

CV 06 - 6053-PK

v.

ORDER

MICHAEL ASTRUE,
Commissioner of Social Security,
    Defendant.

---

Based upon the stipulation of the parties, it is hereby **ORDERED** that attorney fees in the amount of $6,000.00 and costs in the amount of $0.00, for a total of $6,000.00 are awarded and shall to be paid directly to Plaintiff's Attorney, Richard F. McGinty, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. There are no expenses to be paid herein.

DATED this 8th day of June 2007.

*[signature]*
UNITED STATES DISTRICT JUDGE

presented by:
Richard F. McGinty, OSB # 86071
Attorney for Plaintiff

Page -1-    ORDER    [CV 06 - 6053 - PK]