RICHARD F. McGINTY, OSB #86071
Attorney for Plaintiff
P.O. Box 12806
Salem, OR 97309
tel: 503.371.9636
fax: 503.371-2879

FILED'08 AUG 26 15:11USDC-ORP

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MIKE A. MACEIRA,<br>      Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>      Defendant. | Civil No. 06 - 6053 - PK<br><br>ORDER AUTHORIZING<br>406(b) FEES |

    Pursuant to 42 U.S.C. 406 (b), reasonable attorney fees in the amount of $8450.00 are hereby awarded to Plaintiff's attorney, Richard F. McGinty. Previously, this court awarded Mr. McGinty $6,000.00 pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. 2412(d). The agency is directed to subtract the user fee of $79 and to send to Mr. McGinty the amount of balance of $8,371.00. Upon receipt of the 406(b) check, Mr. McGinty will refund $6000 to Plaintiff. Any withheld amount then remaining shall be released to plaintiff as soon as practicable.

    IT IS SO ORDERED, this 26 day of August, 2008.

                 _____
                 JUDGE